UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY SANDOVAL | ) Case No.: 2:14-CV-00893-TLN-CKD |
| Plaintiff, | ) |
| | ) |
| v. | )**ORDER CONTINUING THE DISCOVERY** |
| | )**CUT-OFF** |
| | ) |
| COLLECTO INC. d/b/a EOS CCA | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**IT IS HEREBY ORDERED THAT** the discovery cut-off in this case is continued from January 20, 2015, to February 10, 2015.

Dated:  January 21, 2015

_____

Troy L. Nunley
United States District Judge

**1**
**STIPULATION FOR AN ORDER CONTINUING THE DISCOVER CUT-OFF**