UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY SANDOVAL,<br><br>    Plaintiff,<br><br>v.<br><br>COLLECTO, INC. dba EOS CCA.,<br><br>    Defendants. | No.  2:14-cv-0893-TLN-CKD<br><br>**ORDER** |

    The Law Offices of Todd M. Friedman, P.C. ("Plaintiff's counsel") represents Plaintiff Brittany Sandoval in this matter, and filed a motion to withdraw as counsel on March 6, 2015. (ECF No. 10.)  This motion "is made on the grounds that [] there has been an irreparable breakdown of the attorney-client relationship" and "communication has broken down to the point that counsel cannot continue in representing Plaintiff." (ECF No. 10 at 2, 3.)  Plaintiff's counsel has sent written notice to Plaintiff's physical address and email address, and has advised Defense counsel of the intent to withdraw; Defense counsel has not opposed the motion.  (ECF No. 10 at 3, 4.)  The motion was submitted without oral argument.

    In consideration of counsel's stated reason for withdrawal; no opposition by Defense counsel and no apparent opposition by Plaintiff; and no apparent prejudice to the administration of justice or the timeliness of resolving this case, Plaintiff's counsel's motion (ECF No. 10) is GRANTED.

    Since the motion was filed on March 6, 2015, no other counsel has appeared as attorney of

record.  Therefore at this time Plaintiff is proceeding pro se.  All filings in this matter shall be referred to Magistrate Judge Delaney.

Dated:  July 27, 2015

                    Troy L. Nunley
                    United States District Judge