UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY SANDOVAL, | No. 2:14-cv-0893 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| COLLECTO, INC., | |
| Defendant. | |

This matter was referred to the undersigned under Local Rule 302(c)(21) after plaintiff's counsel's motion to withdraw was granted. ECF No. 14. Under the scheduling order, dispositive motions were to be heard no later than June 18, 2015, which date has already passed. The only matters remaining are the pretrial conference and the jury trial, which will proceed before the District Judge.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling order (ECF No. 7) is confirmed.

2. The final pretrial conference is set for October 8, 2015 at 2:00 p.m. in courtroom no 2.

3. Jury trial is set for December 7, 2015 at 9:00 a.m. in courtroom no. 2.

Dated: July 29, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 sandoval0893.ufb